## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| BERRY, CALVIN & JO ANN | § § § § § § § | CASE NO: 07-42276-R<br>CHAPTER 7 |
| DEBTOR | | |

### NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00 INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1) The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2) Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5 should be distributed by the trustee. The following funds are <u>de minimus</u> distributions and should be paid into the unclaimed registry of the court:

| Claimant | Amt | Claim # |
|---|---|---|
| LVNV Funding, LLC (Citibank) | 0.25 | 8 |
| Recovery Management Systems (capital Recovery) | 2.50 | 9 |

For a total of $ 2.75.

Dated: May 21, 2010

                                               Respectfully submitted,

                                               /s/ Linda S. Payne
                                               Linda S. Payne
                                               12770 Coit Rd, Suite 541
                                               Dallas, TX 75251
                                               972 628 3695

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the U. S. Trustee, via Email this 21st day of May, 2010.

                                                 /s/ Linda S. Payne